# Order

Michigan Supreme Court
Lansing, Michigan

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153685-6(96)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DAVID TROY ZARN,
          Defendant-Appellant.

SC: 153685
COA: 323279
Wayne CC: 13-008592-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DAVID TROY ZARN,
          Defendant-Appellant.

SC: 153686
COA: 323280
Wayne CC: 13-008758-FC

_____/

On order of the Court, the motion for reconsideration of this Court's November 29, 2017 order is considered. This Court's order reversed only "that part of the judgment of the Court of Appeals remanding this case to the trial court for a hearing pursuant to *People v Lockridge*, 498 Mich 358 (2015)," and did not disturb the Court of Appeals ruling that the trial court "should amend defendant's judgment of sentence to reflect concurrent sentences." Accordingly, the motion for reconsideration is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

d0209